# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sergio Duran Murrieta,<br><br>            Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>            Defendant. | **NO. CV-19-04865-PHX-DWL**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 24, 2020, the decision of the Administrative Law Judge is reversed, and this case is remanded to the Social Security Administration for further proceedings consistent with the Order.

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

November 24, 2020

                                        s/ Rebecca Kobza
                               By   Deputy Clerk